UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE GAGE individually,
Minors I.M. and A.M. by
and through their Guardian
Ad Litem, YVONNE GAGE and
BRENDA MORTON, individually,

    Plaintiffs,

                              NO. CIV. S-12-2442 LKK/CKD

    v.

STATE OF CALIFORNIA,
CALIFORNIA DEPARTMENT OF                 O R D E R
CORRECTIONS AND REHABILITATION,
WARDEN MIKE McDONALD, and
Does 1-40,

    Defendants.
_____/

    Plaintiffs filed their complaint on September 25, 2012. Summons issued two days later. Plaintiffs appear not to have yet served defendants. A status conference was initially set for December 10, 2012, but as plaintiffs' counsel failed to file a status report, the conference was continued to February 4, 2013. (ECF No. 5.) Counsel has again failed to file a status report.

    Pursuant to Fed. R. Civ. P. 4(m), "If a defendant is not

1

1  served within 120 days after the complaint is filed, the court -
2  on motion or on its own after notice to the plaintiff - must
3  dismiss the action without prejudice against that defendant or
4  order that service be made within a specified time." Pursuant to
5  this rule, plaintiffs should have served the defendants by January
6  23, 2013. Plaintiffs have not provided the court with any
7  explanation for this delay in service.
8       Accordingly, the court hereby orders as follows:
9       [1]  Plaintiff is DIRECTED to serve defendant within twenty-
10           one (21) days of the issuance of this order. Failure to
11           do so without a showing of good cause will result in
12           dismissal of plaintiffs' complaint without prejudice.
13      [2]  The status conference scheduled for February 4, 2013 is
14           VACATED.
15      [3]  The status conference is reset for March 25, 2013 at
16           2:00 p.m. Parties shall file status reports fourteen
17           (14) days prior to the status conference.
18      IT IS SO ORDERED.
19      DATED: February 1, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT