UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVONNE GAGE individually,
Minors I.M. and A.M. by
and through their Guardian
Ad Litem, YVONNE GAGE and
BRENDA MORTON, individually,

    Plaintiffs,

                    NO. CIV. S-12-2442 LKK/CKD

    v.

STATE OF CALIFORNIA,
CALIFORNIA DEPARTMENT OF              O R D E R
CORRECTIONS AND REHABILITATION,
WARDEN MIKE McDONALD, and
Does 1-40,

    Defendants.
                                        /

    Plaintiffs filed their complaint on September 25, 2012. Summons issued two days later. To date, no proof of service has been filed in this matter. A status conference was initially set for December 10, 2012, but as plaintiffs failed to file a status report, the conference was continued to February 4, 2013. (ECF No. 5.) As plaintiffs again failed to file a status report, the court issued an order (i) directing plaintiffs to serve defendants within

1

twenty-one (21) days, and (ii) continuing the status conference until March 25, 2013. (ECF No. 6.) On February 28, 2013, plaintiffs filed a document outlining their difficulties in identifying one or more defendants, and providing that "[t]he named parties will have been served and proofs of service filed by March 5, 2013." (ECF No. 7.) But as of this date, plaintiffs have filed neither a proof of service nor a status report.

Accordingly, the court orders as follows:

[1]  Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $250 and dismissal of this action with prejudice, within fourteen (14) days of the issuance of this order. <u>See</u> Fed. R. Civ. P. 41(b), <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962). The court will vacate the order to show cause if plaintiffs file proof of service of the summons, complaint, and this order on all named defendants by that date.

[2]  The status conference set for March 25, 2012 at 2:00 p.m. is VACATED.

[3]  A status conference is SET for May 20, 2013 at 2:00 p.m. Parties are to file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED:   March 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2